

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V, A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Kimberly  Burley, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On September 8, 2021, we issued an opinion and order dismissing this appeal for lack of jurisdiction because no final order of termination had been entered in the underlying case. *See* TEX. R. APP. P. 42.3(a). On September 8, 2021, appellant filed a motion for rehearing, asking this court to reinstate the appeal on our docket. However, a record containing a final order of termination has not been filed.

Therefore, appellant's motion for rehearing is taken under advisement and we ORDER appellant to cause a signed final order to be filed within ten days from the date of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court